986

Concur — Stevens, J. P., Eager, Steuer, Rabin and McNally, JJ.

(October 17, 1967)

LORETTA M. HART, as Administratrix of the Estate of BRUCE F. HART, Deceased, Respondent, v. AMERICAN AIRLINES, INC., et al., Defendants. ETOYL BROWN, Individually and as Administratrix of the Estate of JOHN T. BROWN, Deceased, Appellant, v. AMERICAN AIRLINES, INC., et al., Respondents. ALBERT G. PERKINS, JR., as Executor of GEORGE H. MAIN, Deceased, Appellant, v. AMERICAN AIRLINES, INC., et al., Respondents. NORMAN SPECTOR, Appellant, v. AMERICAN AIRLINES, INC., et al., Respondents. (And 16 Other Actions.)

Concur — Stevens, J. P., Capozzoli, Tilzer and Rabin, JJ.

GLOBE SECURITY INSURANCE COMPANY, Respondent, v. KAISER INDUSTRIES CORPORATION et al., Appellants.

Concur — Botein, P. J., Stevens, Steuer, Capozzoli and Rabin, JJ.

(October 19, 1967)

SHIRLEY ARSHANSKY et al., Appellants, v. ROYAL CONCOURSE CO., INC., Doing Business as ROYAL HOSPITAL, et al., Respondents